1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12   MARKEL DANIEL ROWLAND,                 NO. CV 21-5924-JLS (AGR)

                          Plaintiff,       ORDER ACCEPTING FINDINGS AND
13                                          RECOMMENDATIONS OF UNITED
                                           STATES MAGISTRATE JUDGE
14          v.

15   SUAREZ, an individual,

16                          Defendants.

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records

19   on file, the Report and Recommendation of the United States Magistrate Judge

20   ("Report").  No objections to the Report have been filed.  The Court accepts the

21   findings and recommendation of the Magistrate Judge.

22          IT IS ORDERED that Defendant's motion to dismiss is DENIED.  Defendant

23   is directed to file an answer to the complaint within 30 days after entry of this

24   order.

25          The case is referred back to the Magistrate Judge for further proceedings.

26
27   DATED:  September 13, 2022       _____
                                            JOSEPHINE L. STATON
28                                          United States District Judge

                                        1