FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY

Hello Your Honor

I've been having a hard time trying to find a lawyer i been denied a couple of times by firms to take over my case i am exhausted i did not have a good disposition back in may with ms. brenner so we had to cancel the meeting early i would like to ask for 5 thousand dollars for settlement due to officer suarez was in the wrong ms. brenner told me over the phone when i had a phone meeting that L.A. county would probably be willing to give me 1 thousand for the case but No i wouldn't accept that im ready to get this case over with due to it's over whelming and i have no one to represent me at all i would like to tell my side of story but before trial i would like to come to a settlement for 5k if that's okay

