# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-5924-JLS (AGR) | Date | August 24, 2023 |
| Title | Markel Daniel Rowland v. Suarez | | |

Present: The Honorable  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:**   In Chambers:   ORDER RE PETITIONER'S LETTER FILED JUNE 15, 2023 (Dkt. No. 44)

In this civil rights action, Petitioner filed a letter that requests a settlement. (Dkt. No. 44.)

IT IS ORDERED that Defendant respond directly to Petitioner regarding the letter if he has not already done so. To be clear, Defendant need not file the response with the court.

The parties are reminded to notify the court promptly if the matter is settled.

Initials of Preparer    kl