UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5924-JLS (AGR) | Date | August 24, 2023 |
|---|---|---|---|
| Title | Markel Daniel Rowland v. Suarez | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| K. Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:**   In Chambers:   ORDER DENYING PETITIONER'S REQUEST FOR EXTENSION OF TIME (Dkt. No. 36)

     This court issued a Report and Recommendation that the District Court issue an order accepting the recommendations and denying Respondent's motion to dismiss the complaint. (Dkt. No. 32.) Objections to the Report were due by August 29, 2022. (Dkt. No. 33.) No objections were filed. The District Court issued an Order Accepting Report and Recommendations on September 13, 2022. (Dkt. No. 34.) Defendants filed an answer to the complaint. (Dkt. No. 35.)

     Petitioner constructively filed a request for extension of time to file a response to the Report and Recommendations on October 6, 2022. (Dkt. No. 36.) Petitioner's request was untimely and, in any event, the Report was in his favor.

     IT IS HEREBY ORDERED that Petitioner's request for an extension of time is DENIED.

Initials of Preparer     kl