IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL DANIEL ROWLAND, <br><br> Plaintiff, <br><br> v. <br><br> SUAREZ, an individual, <br><br> Defendants. | NO. CV 21-5924-JLS (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED as follows:

    (1) Plaintiff is ordered to appear for deposition, including by remote means, at a date and time to be arranged with the facility; and

    (2) Defendant's motion to dismiss the action or, alternatively, for evidentiary sanctions is denied without prejudice to Defendant's ability to renew his motion after the next session of Plaintiff's deposition. (Dkt. No. 42.)

    The Court further orders the following admonitions:

"An objection at the time of the examination – whether to evidence, to a party's conduct, to the officer's qualifications, to the manner of taking the deposition, or to any other aspect of the deposition – must be noted on the record, but the examination still proceeds; the testimony is taken subject to any objection."

"An objection must be stated concisely in a nonargumentative and nonsuggestive manner."  Profanity is inappropriate.

The case is referred back to the Magistrate Judge for further proceedings.

DATED:  March 13, 2024   _____
JOSEPHINE L. STATON
United States District Judge

2