JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL DANIEL ROWLAND,<br><br>Plaintiff,<br><br>v.<br><br>SUAREZ,<br><br>Defendants. | NO. LA21CV05924-JLS (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice and Judgment is entered for Defendants.

DATED:  June 30, 2024

_____
JOSEPHINE L. STATON
United States District Judge

1